UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRON MARTIN,

Plaintiff,

-against-

COMERICA BANK, et al.,

Defendants.

**ORDER**

26-CV-04369 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
November 17, 2026

Philip M. Halpern
United States District Judge